## COMMONWEALTH of Pennsylvania, Respondent

v.

## Terrance WASHINGTON, Petitioner.

Supreme Court of Pennsylvania.

Dec. 2, 2015.

### ORDER

PER CURIAM.

AND NOW, this 2nd day of December, 2015, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue is:

Are the mandatory sentences imposed upon petitioner illegal pursuant to *Alleyne v. United States*[, —— U.S. ——, 133 S.Ct. 2151, 186 L.Ed.2d 314 (2013) ]?